IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**TRISHA R. HAIGHT,**

    Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

    Defendant.

**Civ. No. 1:17-cv-00014-CL**

OPINION and ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 14) and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. After having reviewed the legal principles and the Plaintiff's Objections (ECF No. 17), I find no error and conclude it is correct. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998).

1 – OPINION AND ORDER

Judge Clarke's Findings and Recommendation is adopted in its entirety and the Defendant's Motion to Set Aside the Default Judgment (ECF No. 9) is GRANTED because the state court default judgment is void due to improper service on the USDA.

IT IS SO ORDERED.

DATED this 1st day of June, 2017.

_____
**Michael J. McShane**
**United States District Judge**

2 – OPINION AND ORDER